USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                :
UNITED STATES OF AMERICA,        :
                :     1:16-cr-00656-GHW
       -v-           :
                :     1:19-cv-05095-GHW
ROBERT GIST,                :
                :     <u>ORDER</u>
         Defendant.  :
                :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 25, 2019, Mr. Gist provided the Court with a copy of his executed "Attorney-Client Privilege Waiver (Informed Consent)" form. Dkt. No. 680. Accordingly, per the Court's August 16, 2019 order, the Government must file its response to Mr. Gist's § 2255 motion by no later than December 9, 2019.

The Clerk of Court is directed to send a copy of this order to Mr. Gist by first-class and certified mail.

    SO ORDERED.

Dated: November 13, 2019
       New York, New York

                                             GREGORY H. WOODS
                                            United States District Judge