# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212 225 2609
vhou@cgsh.com

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
    RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

July 31, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2020
```

VIA ECF

**MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Gist v. United States of America*, 1:19-cv-05095-GHW

Dear Judge Woods:

      I am counsel appointed under the Criminal Justice Act for the defendant Mr. Gist in the case referenced above.  I write on behalf of both parties to respectfully request a limited extension of the August 3, 2020 deadline for Mr. Gist's reply letter to the government's opposition to his § 2255 motion in this matter for two weeks to August 17, 2020 and an adjournment of the evidentiary hearing currently scheduled for August 17, 2020.  I have conferred with counsel for the government and the government does not object to these requests.

      Due to the ongoing pandemic and Covid-19 crisis, I have still been unable to meet in person with Mr. Gist since March 10, 2020.  Notwithstanding the pandemic, I along with my colleagues have met telephonically with Mr. Gist on April 21, 2020, May 18, 2020, June 17, 2020 and July 14, 2020.  More recently, pursuant to the procedures defense counsel must follow, we made a request on Friday, July 24, 2020 for a legal call with Mr. Gist, and my colleagues and I were scheduled to speak with Mr. Gist by phone on Tuesday, July 28, 2020 to finalize a declaration from Mr. Gist in support of his reply letter.  However, despite the three hour window of time that we were required to be available, we did not receive a call from MDC at any time during this window and were therefore unable to speak with Mr. Gist and attempt to finalize Mr. Gist's declaration.  We made another request that same day for a legal call with Mr. Gist, which was scheduled for Thursday, July 30, 2020 and again we did not receive a call from MDC during

Honorable Gregory H. Woods, p. 2

the appointed window. Given our inability to speak with Mr. Gist, we are unable to discuss, finalize and obtain an executed version of his declaration in time for the August 3, 2020 deadline.

Additionally, Mr. Gist is seeking an in-person evidentiary hearing. Due to various logistical issues relating to the ongoing pandemic, which impact the availability of government counsel, witnesses, and Mr. Gist himself to appear in-person on August 17, 2020, the parties seek more time to work out these logistical issues to find time when all parties can appear in person. The parties will update the Court on a proposed updated schedule for the evidentiary hearing by August 7, 2020.

Respectfully,

Victor L. Hou

cc: Rebekah Donaleski (via email)
Jilan J. Kamal (via email)
Kimberly J. Ravener (via email)

Application granted. The August 3, 2020 deadline for Mr. Gist to reply to the government's opposition to his § 2255 motion is extended to August 17, 2020. Furthermore, the August 17, 2020 evidentiary hearing is adjourned sine die. The parties are directed to write the Court no later than August 7, 2020 to propose an updated schedule for the evidentiary hearing.

SO ORDERED.
Dated: August 4, 2020

GREGORY H. WOODS
United States District Judge