USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On November 30, 2020, Chief Judge McMahon issued a standing order suspending in-person operations in the Southern District of New York until January 15, 2021. For the reasons discussed on the record during the November 25, 2020 conference—principally, the fact that the petitioner is currently incarcerated in the SHU, and the substantial questions regarding the timing and methodology for any remote proceeding—the Court has determined that the December 8, 2020 proceeding should proceed. The Court has confirmed that the proceeding may be conducted within the framework established by the standing order. The parties should be prepared to proceed as scheduled.

    The hearing will take place on December 8, 2020 at **10:00 a.m.** in Courtroom **23B** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The parties are directed to provide the Court with a list of the witnesses they intend to call during the hearing, and whether those witnesses will be testifying live or remotely, by no later than December 3, 2020. The parties are reminded that they must test the Skype videoconferencing technology with any witness who is expected to appear by remote means. The parties may coordinate with the Court's Courtroom Deputy, Wileen Joseph, regarding courtroom technology issues.

    Due to the on-going novel coronavirus pandemic, the Southern District of New York has

enacted certain protocols designed to ensure the safety of anyone appearing in any Southern District courthouse. This includes a requirement that every person appearing in a Southern District of New York courthouse complete a questionnaire and have their temperature taken. Instructions for completing this questionnaire are attached.

Counsel are directed to ensure their clients, witnesses, and members of their team are provided with a copy of this order and its attachments. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers if any member of your team does not meet the requirements.

SO ORDERED.

Dated: December 1, 2020

_____
GREGORY H. WOODS
United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire. If you answer "yes" to any of these questions, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. If you have accidentally answered "yes" to a question instead of "no," please call (212) 805-0500 to receive another questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Office of the District Court Executive*

EDWARD A. FRIEDLAND                                                                                    Voice: (212) 805-0500
*District Court Executive*                                                                                    Fax: (212) 805-0383

MEMORANDUM

TO:             ALL PERSONS VISITING AN SDNY COURTHOUSE

FROM:       OFFICE OF THE DISTRICT EXECUTIVE

SUBJECT:  NOTIFICATION OF A POSITIVE COVID-19 TEST RESULT

DATE:         12/1/2020

---

The Court asks for your help in assisting to ensure the health and safety all of who have come into the SDNY Courthouses.  If you have tested positive for COVID-19 within 14 days after visiting a SDNY Courthouse, please complete our questionnaire by going to:

https://www.surveymonkey.com/r/SDNY_COVID
or
Scan the following QR Code



If you have any questions or cannot access the questionnaire, please e-mail covid_response@nysd.uscourts.gov.