**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,
                Respondent.

-----------------------------------------------------------X

19 **CIVIL** 5095 (GHW)
16 **CR.** 656-6 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated August 24, 2021, Mr. Gist's petition is denied; accordingly, case number 19cv5095 is closed.

**DATED:** New York, New York
          August 24, 2021

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**

                        **BY:**

                                          **Deputy Clerk**